UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MONTECITO DEVELOPMENT<br>GROUP, LLC,<br><br>　　　　　Defendant. | Case No. CV 20-11603-AB (PDx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 2, 2021　　　　　_____

　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE